### Brolasky's Estate.

. . . .

*Arthur E. Hutchinson,* for exceptants.

*H. Justice Williams, A. H. Wintersteen* and *H. Gordon McCouch,* contra.

HENDERSON, J., June 19, 1931.—A careful study of the record and briefs leads us to the conclusion that the Auditing Judge was correct in his conclusions and for the reasons given by him. The exceptions are dismissed and the adjudication is confirmed absolutely.